IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JESSICA C. BROWN, | * | |
| Plaintiff, | * | |
| v. | * | |
| CITY OF WADLEY, et al., | * | 1:15-cv-30 |
| Defendants. | * | |

O R D E R

Presently before the Court is the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 17). The parties indicate they have reached a settlement and request the complaint and amended complaint be dismissed with prejudice. (Id.).

The Court, therefore, **DISMISSES WITH PREJUDICE** all claims in this matter. The clerk is **DIRECTED** to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of November, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA